

IN THE
TENTH COURT OF APPEALS

No. 10-11-00160-CR

FREEBIRD BAIL BONDS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 20101096CV2

## MEMORANDUM OPINION

In a joint motion by Appellant, Davie C. Westmoreland, d/b/a Freebird Bail Bonds, as agent for Allegheny Casualty Co., surety, and Appellee, the State of Texas, the parties informed the Court that they have entered into an agreement to resolve this appeal. Based on that agreement, the parties jointly request this Court to reverse the judgment entered by the trial court in favor of the State and render judgment against "surety, Davie C. Westmoreland as agent for International Fidelity Insurance Company, in the amount of $147." *See* TEX. R. APP. P. 42.1(a)(2)(A); *see also* TEX. CODE CRIM. PROC.

ANN. art. 22.125 (Vernon 2009). The joint motion states that it reflects the parties' agreement that the trial court's judgment was in error and reversal is required.

Therefore, we reverse the trial court's judgment and render judgment against surety, Davie C. Westmoreland as agent for International Fidelity Insurance Company, in the amount of $147, in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A); 43.2(c).


REX D. DAVIS
Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Reversed and rendered
Opinion delivered and filed July 27, 2011
Do not publish
[CV06]